IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CASTINE RANNEY, A DISABLED PERSON, BY AND THROUGH HER NEXT FRIEND; AND TAMMY RANNEY, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 4:21-00665-CV-RK |
| v. | )<br>) |
| KC TOWNSHIP APARTMENTS I LLC, JOHN DOE, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Plaintiff filed her Petition on August 18, 2021, in the Circuit Court of Jackson County, Missouri. (Doc. 1.) Defendant KC Township Apartments I, LLC, removed the action to this Court on September 16, 2021. (Doc. 1.) The Court entered a Show Cause Order on January 3, 2022, noting that Plaintiff had not filed proof of service on John Doe as of that date, and ordering Plaintiff to show cause, on or before January 18, 2022, why Defendant John Doe was not served within 90 days after the complaint was filed and to file proof of service as to Defendant John Doe on or before January 18, 2022. (Doc. 8.) The Order warned Plaintiff that failure to comply with the order would result in dismissal without prejudice of all claims against the absent defendant.

As of the date of the filing of this Order, Plaintiff has not complied with the Court's Show Cause Order. Accordingly, all claims against the John Doe defendant are **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 4, 2022